**3 PAGES**
WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP
Evan D. Smiley, State Bar No. 161812
esmiley@wgllp.com
Kraig C. Kilger, State Bar No. 162593
kkilger@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:  (714) 966-1000
Facsimile:  (714) 966-1002

Proposed General Insolvency Counsel for Debtor
Virginia Street Investors,
a California general partnership

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 2:09-bk-33572-CK |
| VIRGINIA STREET INVESTORS, (VSI), a California general partnership, | Chapter 11 Case |
| | DCN:WGS-1 |
| Debtor. | DATE:  July 29, 2009<br>TIME:  1:30 p.m.<br>DEPT:  C |

### NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING THE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c) THROUGH OCTOBER 31, 2009 AND REQUIRING POST-PETITION RENTS TO BE PAID TO THE DEBTOR

**NOTICE IS HEREBY GIVEN** that Virginia Street Investors, a California general partnership (the "Debtor"), debtor and debtor-in-possession in the above captioned case, has filed a Motion for Order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c) Through October 31, 2009 and Requiring Post-Petition Rents to be Paid to the Debtor (the "Motion"). The request for an order is described in greater detail in the Motion.

**NOTICE IS FURTHER GIVEN** that a hearing on the Motion shall be conducted on July 29, 2009 at 1:30 p.m., or a soon thereafter as the matter may be heard in Department C of the above-entitled court located at 501 "I" Street, 6th Floor, Sacramento, CA 95814, before the Honorable Christopher M. Klein, United States Bankruptcy Judge.

315457.1                                                              NOTICE OF HEARING ON MOTION

This Notice is supported by a Motion and the Declarations of David Hanson and Greg Stowe. It is recommended that you review all pleadings filed in support of the Motion.

***Your rights may be affected by the granting of the requested relief. You should read all papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.***

**NOTICE IF FURTHER GIVEN** that if you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must appear at the hearing at the place and time referenced in the caption above. You are not required to file any written opposition but, if you file and serve a written opposition to the Motion, such written opposition must be filed with the Bankruptcy Court at the address below:

> U.S. Bankruptcy Court
> U.S. Federal Courthouse
> 501 "I" Street, 3rd Floor, Ste. 3-200
> Sacramento, CA 95814

The opposition must also be served on the undersigned:

> Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
> Attention: Hutchison B. Meltzer
> 650 Town Center Drive, Suite 950
> Costa Mesa, CA 92626

**NOTICE IS FURTHER GIVEN** that any opposition must specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to F.R. Civ. P. 43(e) as made applicable to F.R. Bankr. P. 9017. If the party opposing the relief requested herein does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to timely comply with the foregoing disclosure requirements may be deemed a consent by the objecting party to the Court's resolution of disputed material factual issues pursuant to F.R. Civ.P. 43(e).

Please be advised that the Court may remove the matter from the calendar and submit the matter for decision or else issue a tentative ruling on the motion. Interested persons can ascertain which matters have been removed from calendar and can view tentative rulings by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing.

**NOTICE IS FURTHER GIVEN** that you or your attorney must take all steps referenced above and appear at the hearing at the time and place noted above. If you or your attorney do not take these steps, the Court may decide that you do not oppose the

315457.1    2    NOTICE OF HEARING ON MOTION

approval of the Motion, remove the matter from calendar and resolve it, including granting the requested relief, without oral argument.

Dated: July 14, 2009

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: /s/ Hutchison B. Meltzer
HUTCHISON B. MELTZER
Proposed General Insolvency Counsel
for Virginia Street Investors, Debtor
and Debtor-in-Possession