2 Pages
WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP
Evan D. Smiley, State Bar No. 161812
esmiley@wgllp.com
Kraig C. Kilger, State Bar No. 162593
kkilger@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:   (714) 966-1000
Facsimile:   (714) 966-1002

Proposed General Insolvency Counsel for Debtor
Virginia Street Investors, (VSI),
a California general partnership

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 2:09-bk-33572-CK |
| VIRGINIA STREET INVESTORS, (VSI), a California general partnership, | Chapter 11 Case |
| | DCN:WGS-1 |
| Debtor. | DATE: July 29, 2009<br>TIME: 1:30 p.m.<br>DEPT: C |

### DECLARATION OF GREG STOWE IN SUPPORT OF MOTION FOR ORDER AUTHORIZING THE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c) THROUGH OCTOBER 31, 2009

I, Greg Stowe, declare as follows:

1.  I am the President of the Sequoia Group ("Sequoia"), the property manager retained by the Virginia Street Investors, the debtor and debtor-in-possession ("Debtor") in the above-captioned case . I am submitting this declaration in support of the Debtors' Motion for Order Authorizing the Use of Cash Collateral Through October 31, 2009 (the "Motion"). All terms defined in the Motion are incorporated herein by this reference. I know the following facts to be true of my own personal knowledge and, if called as a witness, could and would competently testify with respect thereto.

314512.1                                                                STOWE DECLARATION

2. Sequoia has managed the Property since March 13, 2009 pursuant to a management agreement. Based on my position with Sequoia, I am familiar with and participate in the management of the Property.

3. The budget attached as Exhibit "1" ("Budget"), other than with respect to the proposed interest payments, was prepared under my supervision and at my direction, and materially tracks the historical operations of the Debtors.

4. In my opinion, the proposed use of cash collateral pursuant to the Budget is necessary to protect and maintain the value of the Property and to prevent a decline in value due to neglect and to ensure that rental income continues to be generated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13st day of July, 2009, at SAN JOSE, California.

_____
Greg Stowe

**EXHIBIT 1**

7/7/2009
PROJECTIONS FOR JULY 30 THROUGH OCTOBER 30, 2009:
**VIRGINIA STREET TOWNHOUSES**

|  |  | July | August 15th | August 30th | September 15th | September 30th | October 15th | October 30th |
|---|---|---|---|---|---|---|---|---|
| Gross Scheduled Income (GSI): |  | $26,035.00 | $26,035.00 |  | $26,035.00 |  | $26,035.00 |  |
| Less Vacancy Allowance of 2% |  | -$522.00 | -$522.00 |  | -$522.00 |  | -$522.00 |  |
| Operating Income |  | $25,513.00 | $25,513.00 |  | $25,513.00 |  | $25,513.00 |  |
|  | Petition Date | July 30th | August 15th | August 30th | September 15th | September 30th | October 15th | October 30th |
| Operating Expenses |  |  |  |  |  |  |  |  |
| License and dues |  |  |  |  |  |  |  |  |
| Maintenance and repairs |  | $700 | $700 | $700 | $700 | $700 | $700 |  |
| Landscaping |  | $200 | $200 | $200 | $200 | $200 | $200 |  |
| Fire alarm service and phone |  |  |  |  |  |  |  |  |
| Building service |  |  |  |  |  |  |  |  |
| Office exp./credit checks |  |  |  |  |  |  |  |  |
| Professional management |  | $2,100 |  | $2,100 |  | $2,100 |  | $2,100 |
| Utilities-electric |  |  | $300 |  | $300 | $300 | $300 |  |
| Water, sewer, trash |  |  | $500 |  | $500 | $500 | $500 |  |
| Insurance |  | $660 |  | $660 |  | $660 | $660 |  |
| HVAC repairs |  |  | $1,500 | $1,500 | $1,500 |  |  |  |
| Total |  | $3,660 | $3,200 | $5,160 | $3,200 | $3,660 | $1,700 | $3,660 |
| Monthly Total |  |  |  | $8,360 |  | $6,860 |  | $5,360 |
| Net Operating Income |  | $21,853 |  | $17,153 |  | $18,653 |  | $20,153 |
| Interest Payments to Bridge |  | $17,587.00 ** |  | $18,174.06 |  | $17,587.00 |  | $18,174.06 |
| Cash Balance* | $5,426.00 | $9,692.00 |  | $8,670.94 |  | $9,736.94 |  | $11,715.88 |

* This amount includes cash collateral only. Does not include $14,610 in unencumbered cash in Debtor's DIP account.

** Any July rent payments paid to Bridge Bank pursuant to Bridge's Demand shall be credited against this amount.

EXHIBIT 1 PAGE 03