FILED
July 14, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001955210

**WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP**
Evan D. Smiley, State Bar No. 161812
esmiley@wgllp.com
Kraig C. Kilger, State Bar No. 162593
kkilger@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:  (714) 966-1000
Facsimile:  (714) 966-1002

Proposed General Insolvency Counsel for Debtor
Virginia Street Investors, (VSI), a California general partnership

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 2:09-bk-33572-CK |
| VIRGINIA STREET INVESTORS, (VSI), a California general partnership, | Chapter 11 Case |
| Debtor. | DCN:WGS-1 |
| | DATE:  July 29, 2009<br>TIME:  1:30 P.M.<br>DEPT:  C |

## CERTIFICATE OF SERVICE

I, Margaret Sciesinski, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 Town Center Drive, Suite 950, Costa Mesa, California 92626.

On July 14, 2009, I served a copy of the within documents(s):

1. NOTICE OF MOTION FOR ORDER AUTHORIZING THE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. §363(c) THROUGH OCTOBER 31, 2009 AND REQUIRING POST-PETITION RENTS TO BE PAID TO THE DEBTOR;

315462.1                                     1                             CERTIFICATE OF SERVICE

2. MOTION FOR ORDER AUTHORIZING THE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. §363(c) THROUGH OCTOBER 31, 2009 AND REQUIRING POST-PETITION RENTS TO BE PAID TO THE DEBTOR;

3. DECLARATION OF DAVID HANSON IN SUPPORT OF MOTION FOR ORDER AUTHORIZING THE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. §363(c) THROUGH OCTOBER 31, 2009 AND REQUIRING POST-PETITION RENTS TO BE PAID TO THE DEBTOR; and

4. DECLARATION OF GREG STOWE IN SUPPORT OF MOTION FOR ORDER AUTHORIZING THE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. §363(c) THROUGH OCTOBER 31, 2009.

[ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**SEE ATTACHED MAILING MATRIX**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare under penalty of perjury that the above is true and correct.

Executed on July 14, 2009, at Costa Mesa, California.

_____
Margaret Sciesinski

315462.1     2     CERTIFICATE OF SERVICE

In re Virginia Street Investors
Case No. 2009-33572

## SERVICE LIST:

Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814

**Secured Creditors:**

Ozie Electric 667 N. 1st Street
San Jose, CA 95112

Stephen J. Kottmeier, Esq.
Hopkins & Carley
The Letitia Building
70 S. First Street
San Jose, CA 95113-2406

Stoloski & Gonzalez
225 S. Cabrillo Hwy.
#106-B
Half Moon Bay, CA 94019

Turner Mfg. Co., Inc.
4543 E. Floradora
Fresno, CA 93703

315456v1

## 20 Largest Unsecured Creditors

Aegis Fire
500 Boulder Court Suite A
Pleasanton, CA 94566

Air Mechanix
380 Manila Drive
San Jose, CA 95119

Allied Construction
7602 National Drive
Livermore, CA 94550

Bowan Company
4061 Castro Valley Blvd #406
Casto Valley, CA 94552

CG Appliance Express
6422 Mission Street
Daly City, CA 94014

Certified Fire & Safety
946 North 7th Street
San Jose, CA 95112

County of Santa Clara (Prop Taxes)
70 W Hedding St East Wing 6th Fl
San Jose, CA 95110

Ferguson Enterprises
2112 Loveridge Road
Pittsburg, CA 94565

Fontaine Glass
1860 Alum Rock Avenue
San Jose, CA 95110

Inman Thomas
1528 Eureka Road #101
Roseville, CA 95661

JNM Automation
800 Bonnie View Drive
Hollister, CA 95023

Martinez Drywall
3713 Cadwaller Avenue
San Jose, CA 95121

Pacific Glazing Contractors
Box 88
Morgan Hill, CA 95038

Pacific Plumbing
509 Howland
Redwood City, CA 94063

Simmons Stairways
1545 Berger Drive
San Jose, CA 95112

Take It For Granite
1841 S Seventh Street
San Jose, CA 95112

ThyssenKrupp
2455 E Parleys Way #110
Salt Lake City, UT 84109

Tournesol Siteworks
42326 Albrae Street
Fremont, CA 94538

United Site Services
3408 Hillcap Avenue
San Jose, CA 95136

VISA Bridge Bank
Box 30495
Tampa, FL 30495